[No. 6986-5-II.  Division Two.  November 7, 1985.]

DON LIUPAKKA, *Appellant*, v. EQUIPCO, LTD., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 800938, J. Kelley Arnold, J., entered March 11, 1983. *Reversed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 6624-0-III.  Division Three.  November 7, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS RICHARD WISE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 83-1-00995-3, William G. Luscher, J., entered July 19, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6163-9-III.  Division Three.  November 7, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ELI McKINLEY WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 83-1-00744-6, Michael E. Donohue, J., entered October 28, 1983. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6314-3-III.  Division Three.  November 7, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. MAX G. GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 6381, Charles W. Cone, J., entered January 23, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.